470 A.2d 1031

Commonwealth v. Perry, Appellant.

Petition for Allowance of Appeal
Denied May 24, 1984.

Submitted October 21, 1983. Catherine M. Harper, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.